In the Matter of CLIFTON DIXON, Appellant, v MATTHEW J. CLYNE et al., as Commissioners of the Albany County Board of Elections, Respondents.

Decided September 1, 2011

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.